**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **540 West 21st Street Holdings LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **540 west 21** **540 west 21 holdings** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4211133** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **540 West 21st Street** **New York, NY 10011** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** | **Location of principal assets, if different from principal place of business** |
| | | County | **Block 692 Lot 53, known as 540 West 21st Street** **New York, NY 10011** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | **540 West 21st Street Holdings LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **540 West 21st Street Holdings LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency
            Contact name
            Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **540 West 21st Street Holdings LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | 540 West 21st Street Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 1, 2023**
            MM / DD / YYYY

**X** **/s/ Noam Teltch**            **Noam Teltch**
     Signature of authorized representative of debtor        Printed name

Title    **Authorized Signatory**

---

**18. Signature of attorney**

**X** **/s/ William E. Chipman, Jr.**      Date **August 1, 2023**
     Signature of attorney for debtor                  MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 N. Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 295-0191**     Email address   **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

**540 WEST 21ST STREET HOLDINGS LLC**

**Officer's Certificate**

**August 1, 2023**

I, Tomer Jacob, do hereby certify, on behalf of 540 West 21st Street Holdings LLC, a Delaware limited liability company, and not individually, that I am the duly appointed and acting Chief Restructuring Officer of 540 West 21st Street Holdings LLC, and that, as such, I am authorized to execute and deliver this certificate.

I further certify, on behalf of 540 West 21st Street Holdings LLC and not individually, as of the date hereof, that attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by the Managing Members pursuant to a duly held meeting. Such resolutions or any 540 West 21st Street Holdings LLC action taken pursuant thereto have not been amended, superseded, modified, or rescinded, and such resolutions are in full force and effect on the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand on the date first written above.

By: _____
Name:     Tomer Jacob
Title:     Chief Restructuring Officer of
          540 West 21st Street Holdings LLC

607971575

# EXHIBIT A

**RESOLUTIONS OF**

**THE MANAGING MEMBERS**

**OF**

**540 WEST 21ST STREET HOLDINGS LLC**

**WHEREAS,** the Managing Members of 540 West 21st Street Holdings LLC, a Delaware corporation ("***540 West 21st***"), have (a) regularly and carefully reviewed the materials and other information presented by the management and advisors of 540 West 21st regarding its business conditions, its operations, its current and projected financial position, and other relevant information; (b) thoroughly evaluated the strategic alternatives, including a possible restructuring, available to 540 West 21st; (c) conferred extensively with the management and advisors of 540 West 21st regarding these matters; (d) determined that the filing of a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***") is in the best interest of 540 West 21st, its creditors, its Members, and other interested parties; (e) determined that the entry into the Financing Transactions (as defined herein) is in the best interest of 540 West 21st, its creditors, its Members, and other interested parties; (f) determined that entry into the Sale Transaction (as defined herein) is in the best interest of 540 West 21st, its creditors, its Members and other interested parties; and (g) determined that it is in the best interest of 540 West 21st, its creditors, its Members, and other interested parties that 540 West 21st retain the Restructuring Professionals (as defined herein).

**CHAPTER 11 FILING**

**NOW THEREFORE, BE IT RESOLVED,** that 540 West 21st shall be, and hereby is, authorized to file, on or before August 31, 2023, a voluntary petition (the "***Petition***") for relief under the Bankruptcy Code (the "***Chapter 11 Case***"), in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") or such other court as an officer of 540 West 21st (an "***Authorized Signatory***") shall determine to be appropriate, and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof.

**RESOLVED FURTHER,** that the Authorized Signatory shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of 540 West 21st, to: (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Authorized Signatory, in such person's discretion, deems necessary, desirable, or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver, and verify any and all other documents necessary, desirable, or appropriate in connection therewith and to administer the 540 West 21st Chapter 11 Case in such form or forms as any such Authorized Signatory may approve, and the actions of any Authorized Signatory taken pursuant to this resolution, including the execution, acknowledgment, delivery, and verification of

the Petition and all ancillary documents and all other agreements, certificates, instruments, guaranties, notices, and other documents, shall be conclusive evidence of such Authorized Signatory's approval and the necessity, desirability, or appropriateness thereof; and (d) take any action as may be deemed necessary, desirable, or appropriate to carry out the intent of this resolution, including the filing of the Petition and any ancillary documents.

## EXECUTIVE AUTHORITY

**RESOLVED FURTHER**, that Tomer Jacob will continue as a CRO of 540 West 21st with duties primarily focused on finance matters, reporting, and case management for the Chapter 11 Case.

## RESTRUCTURING PROFESSIONALS

**RESOLVED FURTHER,** that the Authorized Signatory shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of 540 West 21st, to retain: (a) Bryan Cave Leighton Paisner LLP ("*BCLP*"), as lead counsel; (b) Chipman Brown Cicero & Cole, LLP (*CBCC*"), as Delaware counsel; (c) Tomer Jacob, as CRO; (d) Bankruptcy Management Solutions, Inc. d/b/a Stretto, as claims agent, pursuant to an engagement letter substantially in the form provided to or discussed with the Managing Members; and (e) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, agents, or brokers (together with the foregoing identified firms, the "*Restructuring Professionals*"), as in any such Authorized Signatory's judgment may be necessary, desirable, or appropriate in connection with the 540 West 21st Chapter 11 Case and other related matters, on such terms as such Authorized Signatory shall approve and such Authorized Signatory's retention thereof to constitute conclusive evidence of such Authorized Signatory's approval and the necessity, desirability, or appropriateness thereof.

**RESOLVED FURTHER,** that the law firms of BCLP and CBCC and any additional special or local counsel selected by the Authorized Signatory, if any, shall be, and hereby are, authorized, empowered, and directed to represent 540 West 21st, as a Debtor and Debtor-in-Possession, in connection with any Chapter 11 Case commenced by or against it under the Bankruptcy Code.

**RESOLVED FURTHER,** that 540 West 21st, as a Debtor and Debtor-in-Possession under Chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to: (a) enter into and incur any obligations under a new Debtor-in-Possession financing ("*DIP Financing*") facility or facilities, including use of cash collateral as set forth below, and any associated documents and consummate the transactions contemplated therein, for funding substantially consistent with the budget substantially in the form provided to or discussed with the Managing Members, and pursuant to a credit agreement (substantially in the form provided to or discussed with the Board) with Ray New York LLC (the "*DIP Lender*"), subject to modifications (collectively, the "*Financing Transactions*") as may be approved by the Authorized Signatory of 540 West 21st, as may be necessary, desirable, or appropriate for the continuing conduct of the affairs of 540 West 21st; and (b) pay related fees, incur (or guarantee, as applicable) the debt and other obligations and liabilities contemplated by the Financing Transactions, and grant security interests in and liens

upon the assets of 540 West 21st as may be deemed necessary, desirable, or appropriate by the Authorized Signatory in connection with the Financing Transactions.

**RESOLVED FURTHER,** that: (a) the Authorized Signatory shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of 540 West 21st, as a Debtor and Debtor-in-Possession, to take such actions and execute, acknowledge, deliver, and verify such certificates, instruments, guaranties, credit agreements, pledge agreements, security agreements, promissory notes, letter of credit applications, mortgages, intellectual property security agreements, account control agreements, other collateral documents or security instruments, instruments, notices, and any and all other agreements or documents arising in connection with the Financing Transactions as the Authorized Signatory may deem necessary, desirable, or appropriate to facilitate the Financing Transactions, including any amendment, amendment and restatement, supplements, or other modifications to the foregoing (collectively, the "***Financing Documents***"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary, desirable, or appropriate by the Authorized Signatory are hereby approved; and (c) the actions of any Authorized Signatory taken pursuant to this resolution, including the execution, acknowledgement, delivery, and verification of all such Financing Documents, shall be conclusive evidence of such Authorized Signatory's approval and the necessity, desirability, or appropriateness thereof.

**RESOLVED FURTHER,** that the Authorized Signatory shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of 540 West 21st, as a Debtor and Debtor-in-Possession, to obtain benefits from the use of collateral, including cash collateral, as that term is defined in Section 363(b) of the Bankruptcy Code (the "***Cash Collateral***"), which is security for the pre-petition secured lender under the 540 West 21st Credit Agreement dated as of August 3, 2018 (the "***Prepetition Credit Agreement***").

**RESOLVED FURTHER,** that, in order to use and obtain the benefits of the Cash Collateral and in accordance with Section 363 of the Bankruptcy Code, 540 West 21st may provide certain adequate protection on terms consistent with market practices for the Chapter 11 Case and circumstances similar to those of 540 West 21st (the "***Adequate Protection Obligations***"), as documented in a proposed interim DIP order (substantially in the form provided to or discussed with the Managing Members), with such changes, additions and modifications thereto as an Authorized Signatory executing the same shall approve, such approval to be conclusively evidenced by an Authorized Signatory's execution and delivery thereof.

**RESOLVED FURTHER**, that 540 West 21st, as a Debtor and Debtor-in-Possession under the Bankruptcy Code be, and hereby is, authorized to negotiate and incur the Adequate Protection Obligations, if any, and to undertake any and all related transactions (including delivery of any agreements, certificates, instruments, guaranties, notices and any and all other documents) on substantially the same terms as contemplated under the Financing Documents.

**BIDDING PROCEDURES MOTION AND MARKETING PROCESS**

**RESOLVED FURTHER,** that in the judgment of the Managing Members, it is desirable and in the best interest of 540 West 21st, its creditors, its Members and other interested parties, that

540 West 21st shall be, and hereby is, authorized to file with the Bankruptcy Court a Combined Disclosure Statement and Plan seeking approval of, among other things, (a) a sale of all or substantially all of the Company's assets (the "***Sale Transaction***") pursuant to a purchase and sale contract that has been finalized, approved by the Managing Members and filed with the Bankruptcy Court following the commencement of the Chapter 11 Case as part and parcel of 540 West 21st's Plan of Liquidation (the "***Purchase and Sale Contract***").

**GENERAL**

      **RESOLVED FURTHER,** that, in addition to the specific authorizations heretofore conferred upon the Authorized Signatory, the Authorized Signatory shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of 540 West 21st, as a Debtor and Debtor-in-Possession, with full power of delegation, to take or cause to be taken any and all such further actions and to execute and deliver or cause to be executed or delivered, and to amend, supplement, or otherwise modify from time to time, any and all such agreements, documents, certificates, instruments, statements, notices, undertakings, amendments, and other writings, and to incur and to pay or direct payment of all such fees and expenses, including filing fees, as in the judgment of the Authorized Signatory shall be necessary, desirable, or appropriate to effectuate the purpose and intent of any and all of the foregoing resolutions adopted herein.

      **RESOLVED FURTHER,** that all acts lawfully done or actions lawfully taken by any Authorized Signatory, or at the direction of an Authorized Signatory, or by any of the Restructuring Professionals at the direction of an Authorized Signatory, in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

      **RESOLVED FURTHER,** that any and all lawful actions done and transactions undertaken by any Authorized Signatory, or at the direction of an Authorized Signatory, for and on behalf and in the name of 540 West 21st with respect to any transactions contemplated by the foregoing resolutions before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted, and consented to in all respects for all purposes.

      **RESOLVED FURTHER,** that the officers and any Authorized Signatory hereby are authorized and directed to certify and/or attest these resolutions, certificate of incumbency, and such other documents or instruments that the Secretary of 540 West 21st may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification and/or attestation shall not be required for any document, instrument, or agreement to be valid and binding on 540 West 21st.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **540 West 21st Street Holdings LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Core Scaffold Systems, Inc. Attn: Eddie Gazheil 250 Skillman Street Suite 501 Brooklyn, NY 11206 | Eddie Gazheil eddie@corescaffold.com (718) 864-2672 | Trade Debt | | | | $5,988.14 |
| Cosentini Associates Attn: Marvin A. Mass 498 Seventh Avenue New York, NY 10018 | Marvin A. Mass mmass@cosentini.com (212) 615-3600 | Trade Debt | | | | $90,000.00 |
| DeSimone Consulting Engineers Attn: Stephen V. DeSimone 140 Broadway 25th Floor New York, NY 10005 | Stephen V. DeSimone Stephen.DeSimone@de-simone.com (212) 532-2211 | Trade Debt | | | | $13,125.00 |
| Domani Consulting Inc. Attn: Robert Tymecki 68 Whitehall Street Lynbrook, NY 11563 | Robert Tymecki rtymecki@domaniconsultinginc.com (516) 256-0317 | Trade Debt | | | | $500.00 |
| DZ 21st Street LLC Attn: David Zwirner 525 West 19th Street New York, NY 10011 | Nesa R. Amamoo nesa.amamoo@skadden.com (212) 735-2993 | Put Option Payment | | | | $28,750,050.00 |
| Holland & Knight Attn: Amy S. Leder 31 West 52nd Street 12th Floor New York, NY 10019 | Amy S. Leder amy.leder@hklaw.com (212) 513-3200 | Trade Debt | | | | $2,954.25 |

Debtor  **540 West 21st Street Holdings LLC**                                                            Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jones Lang LaSalle Attn: Peter Riguardi 330 Madison Avenue 4th Floor New York, NY 10017** | **Peter Riguardi** **Peter.Riguardi@jll.com** **(212) 812-5700** | **Real Estate Brokerage Contract** | **Disputed** | | | **$958,000.00** |
| **Jose Alavrez 551 West 21st Street New York, NY 10011** | **Jose Alavrez** **Jose.alvarez@551w21.com** **(212) 645-1302** | **Trade Debt** | | | | **$595.00** |
| **Longman Lindsey Attn: John Longman 200 West 41st Street Suite 1100 New York, NY 10036** | **John Longman** **JohnL@longmanlindsey.com** **(212) 315-6400** | **Trade Debt** | | | | **$3,000.00** |
| **Marcus and Pollack LLP Attn: Joel R. Marcus 633 Third Avenue 9th Floor New York, NY 10017** | **Joel R. Marcus** **jmarcus@marcuspollack.com** **(212) 490-2900** | **Trade Debt** | | | | **$8,500.00** |
| **Obumex Attn: Thomas Ostyn 145 West 28th Street New York, NY 10001** | **Thomas Ostyn** **thomas.ostyn@obumex.be** **32 51 70 50 71** | **Trade Debt** | | | | **$60,000.00** |
| **Prager Metis Attn: Blanca Cruz 401 Hackensack Avenue 4th Floor Hackensack, NJ 07601** | **Blance Cruz** **bcruz@pragermetis.com** **(201) 342-7753** | **Trade Debt** | | | | **$6,668.50** |
| **Renzo Piano Building Workshop Attn: Elisabetta Trezzani Via P. Paolo Rubens 29 16158 Genova, Italy** | **Elisabetta Trezzani** **etrezzani@rpbw.com** **(39) 010.61711** | **Trade Debt** | | | | **$300,000.00** |
| **Rivkin Radler LLP Attn: David Gise 926 RXR Plaza Uniondale, NY 11556-0926** | **David Gise** **David.Gise@rivkin.com** **(516) 357-3000** | **Trade Debt** | | | | **$43,198.99** |
| **Servonn, LLC Attn: Jason DaSilva 347 5th Avenue Suite 1402 New York, NY 10016** | **Jason DaSilve** **jason@servonn.com** **(917) 310-3396** | **Trade Debt** | **Disputed** | | | **$2,125.00** |

Debtor   **540 West 21st Street Holdings LLC**
_____          Case number _(if known)_  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Smith, Gambrell & Russell LLP Attn: Jeffrey L. Bash 1105 West Peachtree Street Suite 1000 Atlanta, GA 30309** | **Jeffrey L. Bash jbash@sgrlaw.com (404) 815-3500** | **Trade Debt** | | | | **$3,000.00** |
| **Willis Towers Watson Northeast Inc. Attn: Boris Pisman Brookfield Place 200 Liberty Street New York, NY 10281** | **Boris Pisman boris.pisman@wtwco.com (212) 915-7896** | **Pollution Insurance Extension** | | | | **$37,350.00** |

# United States Bankruptcy Court
## District of Delaware

In re    __540 West 21st Street Holdings LLC__      Case No. _____

                             Debtor(s)      Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __540 West 21st Street Holdings LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**West 21st Street Investment Member LLC**
**540 West 21st Street**
**New York, NY 10011**

☐ None [*Check if applicable*]

__August 1, 2023__                  /s/ Noam Teltch
Date                              **Noam Teltch**
                                Signature of Authorized
                                Signatory of   **540 West 21st Street Holdings LLC**

# United States Bankruptcy Court
### District of Delaware

In re    **540 West 21st Street Holdings LLC**                    Case No. _____

Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **West 21st Street Investment Member LLC**<br>**540 West 21st Street**<br>**New York, NY 10011** | | **92%** | **Member** |
| **DZ 21st Street LLC**<br>**c/o Zwirner Gallery**<br>**Attn: Tracy Nolder**<br>**525 West 19th Street**<br>**New York, NY 10011** | | **8%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August  1, 2023** _____    Signature    **/s/ Noam Teltch** _____
                                                               **Noam Teltch**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name  **540 West 21st Street Holdings LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................    $    **95,800,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $    **42,716.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $    **95,842,716.00**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **225,646,191.85**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **733,127.80**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **30,285,054.88**

4.  Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b     $    **256,664,374.53**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name   **540 West 21st Street Holdings LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

---

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | **JPMorgan Chase & Co.** | **Operating Account** | 1296 | $34,173.00 |
| 3.2. | **Bank Hapoalim B.M.** | **Operating Account** | 8401 | $8,543.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | $42,716.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Debtor | **540 West 21st Street Holdings LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Vacant Land - Block 692, Lot 53, known as 540 West 21st Street, New York, NY 10011** | Owner | $95,800,000.00 | Recent cost | $95,800,000.00 |

56.   **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$95,800,000.00** |

Debtor    **540 West 21st Street Holdings LLC**                    Case number *(If known)* _____
          Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **540 West 21st Street Holdings LLC**                         Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $42,716.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $95,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $42,716.00 | + 91b. $95,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $95,842,716.00 |

**Fill in this information to identify the case:**

Debtor name __**540 West 21st Street Holdings LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **551 West 21st Street Condominium**<br>Creditor's Name<br><br>**551 West 21st Street**<br>**New York, NY 10011**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Vacant Land - Block 692, Lot 53, known as 540 West 21st Street, New York, NY 10011** | $116,477.92 | $95,800,000.00 |

Creditor's email address, if known

**Date debt was incurred**
**08/03/22**
**Last 4 digits of account number**

**Describe the lien**
**Default Judgment**
**Is the creditor an insider or related party?**

☒ No
☐ Yes
**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ray New York LLC**
**2. Structure Tech New York, Inc.**
**3. Structure Tech New York, Inc.**
**4. Tetra Tech Engineers P.C.**
**5. 551 West 21st Street Condominium**
**6. AAI Architects P.C.**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| | | | |
|---|---|---|---|
| **2.2** **AAI Architects P.C.**<br>Creditor's Name<br>**14 Wall Street**<br>**Floor 2**<br>**New York, NY 10005**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Vacant Land - Block 692, Lot 53, known as 540 West 21st Street, New York, NY 10011**<br><br>**Describe the lien**<br>**Mechanics Lien** | $225,000.00 | $95,800,000.00 |

| Debtor | **540 West 21st Street Holdings LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**
**01/28/21**
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ray New York LLC** | **Describe debtor's property that is subject to a lien** | $75,000,000.00 | $95,800,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o CT Corporation**
**28 Liberty Street**
**42nd Floor**
**New York, NY 10005**
Creditor's mailing address

**Vacant Land - Block 692, Lot 53, known as 540 West 21st Street, New York, NY 10011**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/09/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ray New York LLC** | **Describe debtor's property that is subject to a lien** | $75,000,000.00 | $34,173.00 |
|---|---|---|---|---|

Creditor's Name

**28 Liberty Street**
**New York, NY 10005**
Creditor's mailing address

**JPMorgan Chase & Co. - Operating Account - Acct# 1296**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **540 West 21st Street Holdings LLC**                          Case number (if known) _____
         Name

---

| 2.5 | **Ray New York LLC** | Describe debtor's property that is subject to a lien | **$75,000,000.00** | **$8,543.00** |
|---|---|---|---|---|

Creditor's Name

**28 Liberty Street**
**New York, NY 10005**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Bank Hapoalim B.M. - Operating Account - Acct# 8401**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Structure Tech New York, Inc.** | Describe debtor's property that is subject to a lien | **$110,000.00** | **$95,800,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Gerry Cormican**
**500 7th Avenue**
**New York, NY 10018**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vacant Land - Block 692, Lot 53, known as 540 West 21st Street, New York, NY 10011**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

**gcormican@structuretechny.com**

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/16/19**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Structure Tech New York, Inc.** | Describe debtor's property that is subject to a lien | **$110,000.00** | **$95,800,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Gerry Cormican**
**500 7th Avenue**
**New York, NY 10018**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Vacant Land - Block 692, Lot 53, known as 540 West 21st Street, New York, NY 10011**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

**gcormican@structuretechny.com**

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

---

Debtor **540 West 21st Street Holdings LLC**
Name

Case number (if known) _____

**08/22/19**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | **Tetra Tech Engineers P.C.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Vacant Land - Block 692, Lot 53, known as 540 West 21st Street, New York, NY 10011** | $84,713.93 | $95,800,000.00 |
|---|---|---|---|---|

**dba Cosentini Associates**
**Attn: Marvin A. Mass**
**498 Seventh Avenue**
**New York, NY 10018**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/25/20**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $225,646,191.85

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **551 West 21st Street Condominium**<br>**c/o Issac D. Senior**<br>**Schwartz Sladkus Reich Greenberg Atlas**<br>**444 Madison Avenue**<br>**New York, NY 10022** | Line 2.1 | |
| **Ray New York LLC**<br>**c/o Berdon LLP**<br>**Attn: Maury Golbert**<br>**360 Madison Avenue**<br>**New York, NY 10017** | Line 2.3 | |
| **Ray New York LLC**<br>**c/o Fried Frank Harris Shriver Jacobson**<br>**Attn: Jonathan Mechanic and Avi Feinberg**<br>**One New York Plaza**<br>**New York, NY 10004** | Line 2.3 | |

Debtor   **540 West 21st Street Holdings LLC**                    Case number (if known)   _____
_____
Name

| | |
|---|---|
| **Ray New York LLC**<br>**c/o Green Loan Services LLC**<br>**Attn: Andrew Falk**<br>**1 Vanderbilt Avenue**<br>**New York, NY 10017** | Line   **2.3** |
| **Structure Tech New York, Inc.**<br>**c/o Goetz Fitzpatrick, LLP**<br>**Attn: Joshua G. Oberman**<br>**One Penn Plaza, Suite 3100**<br>**New York, NY 10119** | Line   **2.6** |
| **Tetra Tech Engineers dba Cosentini Assoc**<br>**c/o Wilson Elser Moskowitz Edelman**<br>**Attn: Glenn Fuerth**<br>**150 East 42nd Street**<br>**New York, NY 10170** | Line   **2.8** |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __540 West 21st Street Holdings LLC__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**NYC Department of Finance**<br>**66 John Street**<br>**Room 104**<br>**New York, NY 10038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$733,127.80** | **$733,127.80** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ADP**<br>**Attn: David Kwon**<br>**One ADP Boulevard**<br>**Roseland, NJ 07068**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  __Trade Debt__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Century Investments**<br>**330 Madison Avenue**<br>**New York, NY 10017**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  __IRA__<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Debtor    **540 West 21st Street Holdings LLC**
　　　　　　Name

Case number (*if known*) _____

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,988.14** |

**Core Scaffold Systems, Inc.**
**Attn: Eddie Gazheil**
**250 Skillman Street**
**Suite 501**
**Brooklyn, NY 11206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |

**Cosentini Associates**
**Attn: Marvin A. Mass**
**498 Seventh Avenue**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,125.00** |

**DeSimone Consulting Engineers**
**Attn: Stephen V. DeSimone**
**140 Broadway**
**25th Floor**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**Domani Consulting Inc.**
**Attn: Robert Tymecki**
**68 Whitehall Street**
**Lynbrook, NY 11563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,750,050.00** |

**DZ 21st Street LLC**
**Attn: David Zwirner**
**525 West 19th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Put Option Payment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,954.25** |

**Holland & Knight**
**Attn: Amy S. Leder**
**31 West 52nd Street**
**12th Floor**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **540 West 21st Street Holdings LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$958,000.00** |

**Jones Lang LaSalle**
**Attn: Peter Riguardi**
**330 Madison Avenue**
**4th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Real Estate Brokerage Contract**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00** |

**Jose Alavrez**
**551 West 21st Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Longman Lindsey**
**Attn: John Longman**
**200 West 41st Street**
**Suite 1100**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |

**Marcus and Pollack LLP**
**Attn: Joel R. Marcus**
**633 Third Avenue**
**9th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |

**Obumex**
**Attn: Thomas Ostyn**
**145 West 28th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,668.50** |

**Prager Metis**
**Attn: Blanca Cruz**
**401 Hackensack Avenue**
**4th Floor**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |

**Renzo Piano Building Workshop**
**Attn: Elisabetta Trezzani**
**Via P. Paolo Rubens 29**
**16158 Genova, Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **540 West 21st Street Holdings LLC**
_____     Case number (if known) _____
Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,198.99** |

**Rivkin Radler LLP**
**Attn: David Gise**
**926 RXR Plaza**
**Uniondale, NY 11556-0926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,125.00** |

**Servonn, LLC**
**Attn: Jason DaSilva**
**347 5th Avenue**
**Suite 1402**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |

**Smith, Gambrell & Russell LLP**
**Attn: Jeffrey L. Bash**
**1105 West Peachtree Street**
**Suite 1000**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Spectrum**
**Attn: Richard Dykehouse**
**400 Atlantic Street**
**10th Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,350.00** |

**Willis Towers Watson Northeast Inc.**
**Attn: Boris Pisman**
**Brookfield Place**
**200 Liberty Street**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Core Scaffold Systems, Inc.**<br>**Attn: Eddie Gazheli**<br>**417 Myrtle Avenue**<br>**Suite 14**<br>**Brooklyn, NY 11205** | Line __3.3__<br><br>☐ Not listed. Explain _____ | _ |

| Debtor | **540 West 21st Street Holdings LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **DZ 21st Street LLC**<br>**c/o James J. Mazza, Jr.**<br>**155 North Wacker Drive**<br>**Chicago, IL 60606** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **DZ 21st Strett LLC**<br>**c/o Skadden, Arps, Slate, Meagher & Flom**<br>**Attn: Nesa R. Amamoo**<br>**One Manhatten West, 395 9th Avenue**<br>**New York, NY 10001** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Obumex**<br>**Attn: Thomas Ostyn**<br>**Diksmuidestraat 121**<br>**B 8840 Staden** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 733,127.80 |
| **5b. Total claims from Part 2** | 5b. + | $ | 30,285,054.88 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 31,018,182.68 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **540 West 21st Street Holdings LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Restructuring Support Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **DZ 21st Street LLC**<br>**Attn: David Zwirner**<br>**525 West 19th Street**<br>**New York, NY 10011** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Site Pollution Incident Legal Liability Insurance Policy**<br><br>State the term remaining **Policy Coverage Period 06/10/23 through 06/10/24**<br><br>List the contract number of any government contract | **Willis Towers Watson Northeast Inc.**<br>**Attn: Boris Pisman**<br>**Brookfield Place**<br>**200 Liberty Street**<br>**New York, NY 10281** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Liability Coverage**<br><br>State the term remaining **Policy Coverage Period 08/31/22 through 08/31/23**<br><br>List the contract number of any government contract | **Willis Towers Watson Northeast Inc.**<br>**Attn: Boris Pisman**<br>**Brookfield Place**<br>**200 Liberty Street**<br>**New York, NY 10281** |

| Debtor 1 | **540 West 21st Street Holdings LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<span style="background-color:#3d0030">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Liability Coverage** | |
|---|---|---|---|
| | State the term remaining | **Policy Coverage Period 08/31/22 through 08/31/23** | **Willis Towers Watson Northeast Inc.**<br>**Attn: Boris Pisman**<br>**Brookfield Place**<br>**200 Liberty Street**<br>**New York, NY 10281** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **540 West 21st Street Holdings LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name  **540 West 21st Street Holdings LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. **Core Scaffold Systems, Inc.**<br>**250 Skillman Street**<br>**Suite 501**<br>**Brooklyn, NY 11206** | 05/19/23 | $11,229.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
   | 3.2. **Mona Tours**<br>**Ben Gurion 4 Nes Ziona**<br>**Israel 9758785** | 06/05/23 | $9,845.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **540 West 21st Street Holdings LLC**                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.3. | **Bryan Cave Leighton Paisner LLP** **1290 Avenue of the Americas** **New York, NY 10104** | 06/22/23 | **$250,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. | **Willis Towers Watson Northeast Inc.** **Brookfield Place** **200 Liberty Street** **New York, NY 10281** | 06/23/23 | **$37,350.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.5. | **AAI Architects** **14 Wall Street** **2nd Floor** **New York, NY 10005** | 07/05/23 | **$225,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.6. | **Bryan Cave Leighton Paisner LLP** **1290 Avenue of the Americas** **New York, NY 10104** | 07/07/23 | **$100,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7. | **Bryan Cave Leighton Paisner LLP** **1290 Avenue of the Americas** **New York, NY 10104** | 07/13/23 | **$200,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.8. | **Chipman Brown Cicero & Cole, LLP** **Attn: William E. Chipman Jr.** **1313 N. Market Street, Suite 5400** **Wilmington, DE 19801** | 07/14/23 | **$50,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.9. | **Stretto** **410 Exchange** **Suite 100** **Irvine, CA 92602** | 07/20/23 | **$15,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.10. | **Bryan Cave Leighton Paisner LLP** **1290 Avenue of the Americas** **New York, NY 10104** | 07/26/23 | **$50,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

| Debtor | 540 West 21st Street Holdings LLC | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **NuCapital Management, Inc.**<br>**540 West 21st Street**<br>**New York, NY 10011**<br>**Affiliate** | **08/16/22** | **$85,000.00** | **Consulting Fee** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **551 West 21st Street Condominium v. 540 West 21st Street Holdings LLC**<br>**656790/2021** | **Civil** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    **540 West 21st Street Holdings LLC** _____    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bryan Cave Leighton Paisner LLP**
**1290 Avenue of the Americas**
**New York, NY 10104** | | **02/21/23** | **$50,000.00** |
| | Email or website address
**www.bclplaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Bryan Cave Leighton Paisner LLP**
**1290 Avenue of the Americas**
**New York, NY 10104** | | **06/22/23** | **$250,000.00** |
| | Email or website address
**www.bclplaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Bryan Cave Leighton Paisner LLP**
**1290 Avenue of the Americas**
**New York, NY 10104** | | **07/07/23** | **$100,000.00** |
| | Email or website address
**www.bclplaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor  540 West 21st Street Holdings LLC                              Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **Bryan Cave Leighton Paisner LLP** **1290 Avenue of the Americas** **New York, NY 10104-3300** | | **07/13/22** | **$200,000.00** |
| | **Email or website address** **www.bclplaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Chipman Brown Cicero & Cole, LLP** **Attn: William E. Chipman, Jr.** **1313 N. Market Street, Suite 5400** **Wilmington, DE 19801** | | **07/14/23** | **$50,000.00** |
| | **Email or website address** **https://www.chipmanbrown.com** | | | |
| | **Who made the payment, if not debtor?** **Bryan Cave Leighton Paisner LLP** | | | |
| 11.6. | **Stretto** **410 Exchange** **Suite 100** **Irvine, CA 92602** | | **07/20/23** | **$15,000.00** |
| | **Email or website address** **https://www.stretto.com** | | | |
| | **Who made the payment, if not debtor?** **Bryan Cave Leighton Paisner LLP** | | | |
| 11.7. | **Bryan Cave Leighton Paisner LLP** **1290 Avenue of the Americas** **New York, NY 10104** | | **07/26/23** | **$50,000.00** |
| | **Email or website address** **www.bclplaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor    540 West 21st Street Holdings LLC                          Case number (if known) _____

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 540 West 21st Street New York, NY 10011 | 01/30/14 to Present |
| 14.2. | 534 West 21st Street New York, NY 10011 | 08/15/18 to 03/11/21 |

### Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    540 West 21st Street Holdings LLC _____    Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JPMorgan Chase & Co.** **475 West 23rd Street** **Floor 1** **New York, NY 10011** | **XXXX-9159** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **09/15/22** | **$0.00** |
| 18.2. | **Bank Hapoalim B.M.** **1120 Avenue of the Americas** **New York, NY 10036** | **XXXX-8403** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **07/28/23** | **$5,462.33** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Manhattan Mini Storage** **510-520 West 21st Street** **New York, NY 10011** | **Noam Teltch - 540 West 21st Street, New York, NY 10011** **Mimi Ho - 540 West 21st Street, New York, NY 10011** | **Furniture and office supplies.** | ■ No<br>☐ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

| Debtor | 540 West 21st Street Holdings LLC | Case number (if known) | |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☐ No.
   ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **540 West 21st Street<br>540 West 21st Street<br>New York, NY 10011** | **NY Dept. of Environmental Conservation<br>625 Broadway<br>Albany, NY 12233** | | **02/28/19** |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Prager Metis<br>14 Pennsylvania Avenue<br>Suite 1800<br>New York, NY 10122** | **April 2014 to<br>Present** |

Debtor    **540 West 21st Street Holdings LLC**                              Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Prager Metis**<br>**14 Pennsylvania Avenue**<br>**Suite 1800**<br>**New York, NY 10122** | **April 2014 to**<br>**Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Prager Metis**<br>**14 Pennsylvania Avenue**<br>**Suite 1800**<br>**New York, NY 10122** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DZ 21st Street LLC | c/o Zwirner Gallery<br>Attn: Tracy Nolder<br>Auburn, GA 30011 | Member | 8% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| West 21st Street Member LLC | 540 West 21st Street<br>New York, NY 10011 | Member | 92% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    540 West 21st Street Holdings LLC                                    Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **NuCapital Management, Inc.**<br>**540 West 21st Street**<br>**New York, NY 10011** | **$85,000.00** | **08/16/22** | **Consulting Fee** |
| **Relationship to debtor**<br>**Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **540 West 21st Street LLC** | **EIN:** 46-4871592 |
| **540 West 21st Street Investment II LLC** | **EIN:** 82-0992311 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  1, 2023**

**/s/ Noam Teltch**                                          **Noam Teltch**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Authorized Signatory**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    __540 West 21st Street Holdings LLC__

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August  1, 2023__          *X* __/s/ Noam Teltch__
                                        Signature of individual signing on behalf of debtor

                                        __Noam Teltch__
                                        Printed name

                                        __Authorized Signatory__
                                        Position or relationship to debtor