IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| 540 WEST 21ST STREET HOLDINGS LLC,[1] | ) |
| | ) Case No. 23-11053 (MFW) |
| Debtor. | ) |
| | ) |

**NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR
SEPTEMBER 5, 2023, AT 10:30 A.M. (ET)**

**THIS HEARING WILL BE CONDUCTED BY ZOOM AND REQUIRES ALL VIRTUAL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItfuqoqTopHXBgSwQBCucWwTBrDTiNLTI]

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## ADJOURNED/RESOLVED MATTERS

1. Application of the Debtor for Entry of an Order Authorizing the Retention and Employment Of Chipman Brown Cicero & Cole, LLP as Delaware Counsel to the Debtor Effective as of the Petition Date [Docket No. 35; 8/15/23].

   Objection Deadline: August 28, 2023 at 4:00 p.m. (ET).

   Related Pleadings:

   A. Declaration of Tomer Jacob in Support of Application of the Debtor for Entry of an Order Authorizing the Retention and Employment Of Chipman Brown Cicero & Cole, LLP as Delaware Counsel to the Debtor Effective as of the Petition Date [Docket No. 58; 8/30/23].

   B. Certification of Counsel Regarding Application of the Debtor for Entry of an Order Authorizing the Retention and Employment Of Chipman Brown Cicero & Cole, LLP as Delaware Counsel to the Debtor Effective as of the Petition Date [Docket No. 59; 8/30/23].

---

[1] The Debtor is the following entity (the last four digits of its taxpayer identification number follows in parentheses): 540 West 21st Street Holdings LLC (1133). The Debtor's noticing address in this Chapter 11 case is c/o Bryan Cave Leighton Paisner LLP, Attn: Andrew E. Auerbach 1290 Avenue of the Americas, New York, NY 10104-3300.

C. Order Authorizing the Retention and Employment Of Chipman Brown Cicero & Cole, LLP as Delaware Counsel to the Debtor Effective as of the Petition Date [Docket No. 62; 8/30/23].

Responses Received: Informal comments from the U.S. Trustee.

Status: An order has been entered. No hearing is necessary.

2. Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 46; 8/22/23].

Objection Deadline: August 29, 2023 at 4:00 p.m. (ET).

Related Pleadings:

A. Certification of Counsel Regarding Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 57; 8/30/23].

B. Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 61; 8/30/23].

Responses Received: Informal comments from the U.S. Trustee.

Status: An order has been entered. No hearing is necessary.

**MATTERS UNDER CERTIFICATION**

3. Motion of the Debtor for Interim and Final Orders: (I) Approving the Continued Use of the Debtor's Cash Management System, Bank Accounts and Business Forms; (II) Extending the Debtor's Time to Comply With Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief [Docket No. 4; 8/2/23].

Objection Deadline: August 28, 2023 at 4:00 p.m. (ET).

Related Pleadings:

A. Interim Order Granting Motion of the Debtor for (I) Continued Use of the Debtor's Cash Management System, Bank Accounts, and Business Forms and (II) Related Relief [Docket No. 27; 8/4/23].

B. Notice of Final Hearing on Motion of the Debtor for Interim and Final Orders: (I) Approving the Continued Use of the Debtor's Cash Management System, Bank Accounts and Business Forms; (II) Extending the Debtor's

Time to Comply With Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief [Docket No. 30; 8/7/23].

C. Certification of Counsel Regarding Motion of the Debtor for (I) Continued Use of the Debtor's Cash Management System, Bank Accounts, and Business Forms and (II) Related Relief [Docket No. 63; 8/30/23].

Responses Received: Informal comments from the U.S. Trustee.

Status: A revised form of order has been submitted under certification of counsel.

4. Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Claim, and (II) Approving the Form and Manner of Notice Thereof [Docket No. 45; 8/22/23].

Objection Deadline: August 29, 2023 at 4:00 p.m. (ET).

Related Pleadings:

A. Certificate of No Objection Regarding Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Claim, and (II) Approving the Form and Manner of Notice Thereof [Docket No. 64; 8/30/23].

Responses Received: None.

Status: A certificate of no objection has been filed.

**MATTERS GOING FORWARD**

5. Debtor's Application for an Order Authorizing the Retention of Bryan Cave Leighton Paisner LLP as Bankruptcy Counsel Effective as of the Petition Date [Docket No. 37; 8/15/23].

Objection Deadline: August 28, 2023 at 4:00 p.m. (ET).

Related Pleadings: None.

Responses Received: Informal comments from the U.S. Trustee.

Status: This matter is going forward.

6. Debtor's Motion for Order (I) Approving Adequacy of Disclosures in Combined Disclosure Statement and Plan on Interim Basis, (II) Scheduling Confirmation Hearing and Objection Deadline, (III) Establishing Procedures for Solicitation and Tabulation of Votes on Shortened Notice, (IV) Approving Form of Ballot and Solicitation Package, and (V) Approving Notice [Docket No. 47; 8/22/23].

Objection Deadline: August 29, 2023 at 4:00 p.m. (ET).

Related Pleadings: None.

Responses Received: Informal comments from the U.S. Trustee.

Status: This matter is going forward.

7. Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Adminstrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 51; 8/28/23].

   Objection Deadline: At the hearing.

   Related Pleadings:

   A. Order Granting Motion to Shorten Notice Period for Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Adminstrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 54; 8/29/23].

   B. Notice of Interim Hearing on Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 55; 8/29/23].

   Responses Received: Informal comments from the U.S. Trustee

   Status: This matter is going forward.

Dated: August 31, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0193
Facsimile: (302) 295-0199
Email: Chipman@ChipmanBrown.com

-and-

**BRYAN CAVE LEIGHTON PAISNER LLP**
Jason J. DeJonker (*pro hac vice* pending)
William S. Hackney (*pro hac vice* pending)
161 N. Clark Street, Suite 4300
Chicago, IL 60602
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: jason.dejonker@bclplaw.com
william.hackney@bclplaw.com

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*