**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 540 WEST 21ST STREET HOLDINGS LLC,[1] | ) | |
| | ) | Case No. 23-11053 (MFW) |
| Debtor. | ) | |
| | ) | |

**NOTICE OF *SECOND AMENDED*[2] AGENDA FOR THE HEARING SCHEDULED FOR**
**SEPTEMBER 28, 2023, AT 10:30 A.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED BY ZOOM AND REQUIRES ALL VIRTUAL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIscu6vqD0qGeQOTFyf0erum4Es0Jhb59w

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

## MATTERS GOING FORWARD

1.  Debtor's Motion for Order (I) Approving Adequacy of Disclosures in Combined Disclosure Statement and Plan on Interim Basis, (II) Scheduling Confirmation Hearing and Objection Deadline, (III) Establishing Procedures for Solicitation and Tabulation of Votes on Shortened Notice, (IV) Approving Form of Ballot and Solicitation Package, and (V) Approving Notice [Docket No. 47; 8/22/23].

    Objection Deadline:  September 21, 2023 at 4:00 p.m. (ET), extended to September 25, 2023 at 4:00 p.m. (ET) for Dr. Efraim Gutkind.

    Related Pleadings:

    A.  First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 90; 9/8/23].

    B.  Order (I) Conditionally Approving First Amended Combined Disclosure Statement and Plan for Solicitation Purposes Only on Shortened Notice, (II)

---

[1]     The Debtor is the following entity (the last four digits of its taxpayer identification number follows in parentheses): 540 West 21st Street Holdings LLC (1133).  The Debtor's noticing address in this Chapter 11 case is c/o Bryan Cave Leighton Paisner LLP, Attn: Andrew E. Auerbach 1290 Avenue of the Americas, New York, NY 10104-3300.

[2]     **Amended items in bold.**

Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject First Amended Combined Disclosure Statement and Plan and Opt-In Releases, (III) Approving the Form of Ballot, Opt-In Form and Solicitation Materials, (IV) Establishing Voting Record Date, (V) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (VI) Approving Related Shortened Notice Procedures [Docket No. 96; 9/8/23].

C. Certification of Stretto Regarding Tabulation of Votes in Connection with the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 109; 9/25/23].

D. Amended Certification of Stretto Regarding Tabulation of Votes in Connection with the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 119; 9/26/23].

E. Declaration of Tomer Jacob in Support of Confirmation of the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 122; 9/26/23].

F. Debtor's Memorandum of Law in Support of Entry of an Order Confirming the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 123; 9/26/23].

G. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 124; 9/26/23].

H. Motion of Debtor for Leave to File and Serve Debtor's Response to the Objection of Dr. Efraim Gutkind to the Debtor's First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 126; 9/27/23].

**I. Motion Of DZ 21st Street LLC for Leave to File and Serve DZ 21st Street LLC's Reply to the Objection of Dr. Efraim Gutkind to the Debtor's First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 128; 9/27/23].**

Responses Received:

A. United States Trustee's Omnibus Objection to: (A) The Debtor's First Amended Combined Disclosure Statement and Plan; and (B) Debtor's

Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 105; 9/21/23].

B.     Objection of Dr. Efraim Gutkind to the Debtor's First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 111; 9/25/23].

C.     Response of Ray New York, LLC in Support of: (A) the Debtor's First Amended Combined Disclosure Statement and Plan; and (B) the Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 125; 9/27/23].

Status:  This matter is going forward.

2.     Omnibus Motion of the Debtor for an Order: (I) Authorizing the Assumption of Certain Unexpired Executory Contracts and (II) Granting Related Relief [Docket No. 49; 8/23/23].

Objection Deadline:  September 21, 2023 at 4:00 p.m. (ET).

Related Pleadings:  None.

Responses Received: None.

Status:  This matter is going forward.

3.     Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 51; 8/28/23].

Objection Deadline:  September 21, 2023 at 4:00 p.m. (ET).

Related Pleadings:

A.     Notice of Filing of Prepetition Credit Agreement Related to Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 88; 9/7/23].

B.      Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 93; 9/8/23].

C.      Notice of Final Hearing on Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 97; 9/11/23].

D.      Supplemental Declaration of Tomer Jacob in Support of Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 110; 9/25/23].

<u>Responses Received</u>:

A.      United States Trustee's Omnibus Objection to: (A) The Debtor's First Amended Combined Disclosure Statement and Plan; and (B) Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 105; 9/21/23].

B.      Response of Ray New York, LLC in Support of: (A) the Debtor's First Amended Combined Disclosure Statement and Plan; and (B) the Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 125; 9/27/23].

<u>Status</u>:  This matter is going forward.

Dated: September 27, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:      (302) 295-0191
Facsimile:       (302) 295-0199
Email:             chipman@chipmanbrown.com
                        olivere@chipmanbrown.com

-and-

**BRYAN CAVE LEIGHTON PAISNER LLP**
Jason J. DeJonker (*pro hac vice* pending)
William S. Hackney (*pro hac vice* pending)
161 N. Clark Street, Suite 4300
Chicago, IL 60602
Telephone:      (312) 602-5000
Facsimile:       (312) 602-5050
Email:             jason.dejonker@bclplaw.com
                        william.hackney@bclplaw.com

*Co-Counsel to the Debtor and Debtor-in-Possession*