# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| 540 WEST 21ST STREET HOLDINGS LLC,[1] ) | |
| ) | Case No. 23-11053 (MFW) |
| Debtor. ) | |
| ) | |

## NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR
## OCTOBER 17, 2023, AT 10:30 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED BY ZOOM AND REQUIRES ALL VIRTUAL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIscO6qpj4sHb6NnSeXiudn4uD3N0MuU0w

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

### ADJOURNED MATTERS

1. Omnibus Motion of the Debtor for an Order: (I) Authorizing the Assumption of Certain Unexpired Executory Contracts and (II) Granting Related Relief [Docket No. 49; 8/23/23].

    Objection Deadline: September 21, 2023 at 4:00 p.m. (ET).

    Related Pleadings: None.

    Responses Received: None.

    Status: This matter has been adjourned to the hearing on November 8, 2023 at 2:00 p.m. (ET).

2. Motion of 534 West 21st Street, LLC for Relief From the Automatic Stay [Docket No. 120; 9/26/23].

---

[1] The Debtor is the following entity (the last four digits of its taxpayer identification number follows in parentheses): 540 West 21st Street Holdings LLC (1133). The Debtor's noticing address in this Chapter 11 case is c/o Bryan Cave Leighton Paisner LLP, Attn: Andrew E. Auerbach 1290 Avenue of the Americas, New York, NY 10104-3300.

Objection Deadline: October 10, 2023 at 4:00 p.m. (ET), extended to November 1, 2023 for the Debtor.

Related Pleadings: None.

Responses Received: None.

Status: This matter has been adjourned to the hearing on November 8, 2023 at 2:00 p.m. (ET).

**MATTERS GOING FORWARD**

3.   Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 51; 8/28/23].

   Objection Deadline: September 21, 2023 at 4:00 p.m. (ET).

   Related Pleadings:

   A.   Notice of Filing of Prepetition Credit Agreement Related to Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 88; 9/7/23].

   B.   Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 93; 9/8/23].

   C.   Notice of Final Hearing on Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 97; 9/11/23].

   D.   Supplemental Declaration of Tomer Jacob in Support of Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting

Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 110; 9/25/23].

E. Second Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 155; 10/5/23].

Responses Received:

A. United States Trustee's Omnibus Objection to: (A) The Debtor's First Amended Combined Disclosure Statement and Plan; and (B) Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 105; 9/21/23].

B. Response of Ray New York, LLC in Support of: (A) the Debtor's First Amended Combined Disclosure Statement and Plan; and (B) the Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 125; 9/27/23].

C. Notice of Filing Corrected Exhibit A to Response of Ray New York, LLC in Support of: (A) the Debtor's First Amended Combined Disclosure Statement and Plan; and (B) the Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 133; 9/27/23].

Status: This matter is going forward on an interim basis.

4. Motion of the Debtor for Entry of an Order Limiting Service [Docket No. 147; 10/3/23].

Objection Deadline: October 10, 2023 at 4:00 p.m. (ET).

Related Pleadings: None.

Responses Received: None.

Status: This matter is going forward.

5. Debtor's Motion for Order (I) Approving Adequacy of Disclosures in Second Amended Combined Disclosure Statement and Plan on Interim Basis, (II) Scheduling Confirmation Hearing and Objection Deadline, (III) Establishing Procedures for Solicitation and Tabulation of Votes, (IV) Approving Form of Ballot and Solicitation Package, and (V) Approving Notice [Docket No. 169; 10/6/23].

   Objection Deadline: At the hearing.

   Related Pleadings:

   A. Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket No. 167; 10/6/23].

   Responses Received:

   Status: This matter is going forward as a status conference.

**ADVERSARY PROCEEDING**

6. *Dr. Efraim Gutkind v. 540 West 21st Street Holdings, LLC, et al.*; Adv. Pro. No. 23-50490.

   Related Pleadings:

   A. Complaint [Adv. Docket No. 1; 9/8/23].

   B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; 9/8/23].

   Responses Received: None.

   Status: This matter is going forward.

Dated: October 13, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

-and-

**BRYAN CAVE LEIGHTON PAISNER LLP**
Jason J. DeJonker (admitted *pro hac vice*)
William S. Hackney (admitted *pro hac vice*)
161 N. Clark Street, Suite 4300
Chicago, IL 60602
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: jason.dejonker@bclplaw.com
william.hackney@bclplaw.com

*Co-Counsel to the Debtor and Debtor-in-Possession*