IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>540 WEST 21ST STREET HOLDINGS LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11053 (MFW)<br><br>Hearing Date: December 14, 2023 at 10:30 a.m. (ET)<br>Objection Deadline: December 7, 2023 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on November 21, 2023, Yarden Tadmor ("Movant") has filed the *Motion of Yarden Tadmor for Entry of Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Challenge Period* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court, and served upon the undersigned, on or before **December 7, 2023, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **December 14, 2023, at 10:30 a.m. (prevailing Eastern Time)** (the "Hearing"). Only responses and objections to the Motion made in writing and timely filed, served and received in accordance with this Notice will be considered by the Bankruptcy Court at the Hearing.

---

[1] The Debtor is the following entity (the last four digits of its taxpayer identification number follows in parentheses):540 West 21st Street Holdings LLC (1133). The Debtor's noticing address in this Chapter 11 Case is c/o Bryan Cave Leighton Paisner LLP, Attn: Andrew E. Auerbach, 1290 Avenue of the Americas, New York, NY 10104-3300.

23478350

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: November 21, 2023<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>    **COPLAN & ARONOFF LLP**<br><br> /s/ Daniel N. Brogan<br>Daniel N. Brogan (DE No. 5723)<br>John C. Gentile (DE No. 6159)<br>Juan E. Martinez (DE No. 6863)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: dbrogan@beneschlaw.com<br>          jgentile@beneschlaw.com<br>          jmartinez@beneschlaw.com<br><br>-and-<br><br>Lauren Friend McKelvey (admitted *pro hac vice*)<br>**REITLER KAILAS & ROSENBLATT LLP**<br>11921 Freedom Drive, Suite 550<br>Reston, Virginia 20190<br>Telephone: (212) 209-3050<br>Facsimile: (212) 371-5500<br>E-mail:lmckelvey@reitlerlaw.com<br><br>*Counsel to Yarden Tadmor, individually*<br>*and as trustee for the heirs of Eran Tadmor* |