IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| 540 WEST 21ST STREET HOLDINGS LLC,[1] | ) |
| | ) Case No. 23-11053 (MFW) |
| Debtor. | ) |
| | ) |

**NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR
JANUARY 9, 2024, AT 11:30 A.M. (ET)**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov**

**\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

### ADJOURNED/RESOLVED MATTERS

1. Omnibus Motion of the Debtor for an Order: (I) Authorizing the Assumption of Certain Unexpired Executory Contracts and (II) Granting Related Relief [Docket No. 49; 8/23/23].

    Objection Deadline: September 21, 2023 at 4:00 p.m. (ET).

    Related Pleadings: None.

    Responses Received: None.

    Status: This matter has been adjourned to the hearing on February 20, 2024 at 10:30 a.m. (ET).

---

[1] The Debtor is the following entity (the last four digits of its taxpayer identification number follows in parentheses): 540 West 21st Street Holdings LLC (1133). The Debtor's noticing address in this Chapter 11 case is c/o Bryan Cave Leighton Paisner LLP, Attn: Andrew E. Auerbach 1290 Avenue of the Americas, New York, NY 10104-3300.

2. Motion of 534 West 21st Street, LLC for Relief From the Automatic Stay [Docket No. 120; 9/26/23].

   Objection Deadline: October 10, 2023 at 4:00 p.m. (ET), extended to November 1, 2023 for the Debtor.

   Related Pleadings:

   A. Certification of Counsel Regarding Motion of 534 West 21st Street, LLC for Relief From the Automatic Stay [Docket No. 270; 12/29/23].

   B. Order Granting the Motion of 534 West 21st Street, LLC for Relief From the Automatic Stay [Docket No. 277; 1/2/24].

   Responses Received: None.

   Status: An order has been entered. No hearing is necessary.

3. Debtor's Objection to Proof of Claim No. 10 Filed by Efraim Gutkind – (Substantive) [Docket No. 165; 10/6/23].

   Objection Deadline: October 27, 2023 at 4:00 p.m. (ET).

   Related Pleadings:

   A. Declaration of Tomer Jacob in Support of Debtor's Objection to Proof of Claim No. 10 Filed by Efraim Gutkind – (Substantive) [Docket No. 166; 10/6/23].

   Responses Received: None as of the filing of this Agenda.

   Status: This matter has been adjourned to the hearing on February 20, 2024 at 10:30 a.m. (ET).

4. Debtor's Motion for Entry of an Order Estimating the Disputed Claim of Efraim Gutkind for Voting Purposes [Docket No. 170; 10/6/23].

   Objection Deadline: October 27, 2023 at 4:00 p.m. (ET).

   Related Pleadings: None.

   Responses Received: None.

   Status: This matter has been adjourned to the hearing on February 20, 2024 at 10:30 a.m. (ET).

4895-9242-2298, v. 2

5. Motion of Yarden Tadmor for Entry of Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Challenge Period [Docket No. 221; 11/21/23].

   Objection Deadline:  December 7, 2023 at 4:00 p.m. (ET).

   Related Pleadings:

   A. Order Granting Motion of Yarden Tadmor for Entry of Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending Challenge Period [Docket No. 248; 12/14/23].

   Responses Received:

   A. Objection of Ray New York, LLC to Motion of Yarden Tadmor for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending the Challenge Period [Docket No. 230; 12/7/23].

   B. Reply to Objection of Ray New York, LLC to Motion of Yarden Tadmor for Entry of an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9006 Extending the Challenge Period [Docket No. 233; 12/11/23].

   C. Debtor's Joinder to Ray New York, LLC's Objection to Motion of Yarden Tadmor for Entry of an Order Extending the Challenge Period [Docket No. 242].

   Status:  An order has been signed.  No hearing is necessary.

**MATTERS GOING FORWARD**

6. Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 51; 8/28/23].

   Objection Deadline:  September 21, 2023 at 4:00 p.m. (ET).

   Related Pleadings:

   A. Notice of Filing of Prepetition Credit Agreement Related to Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 88; 9/7/23].

B. Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 93; 9/8/23].

C. Notice of Final Hearing on Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 97; 9/11/23].

D. Supplemental Declaration of Tomer Jacob in Support of Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 110; 9/25/23].

E. Second Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 155; 10/5/23].

F. Third Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 187; 10/17/23].

G. Fourth Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 253; 12/19/23].

H. Notice of Final Hearing on Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 254; 12/19/23].

Responses Received:

A. United States Trustee's Omnibus Objection to: (A) The Debtor's First Amended Combined Disclosure Statement and Plan; and (B) Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 105; 9/21/23].

B. Response of Ray New York, LLC in Support of: (A) the Debtor's First Amended Combined Disclosure Statement and Plan; and (B) the Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 125; 9/27/23].

C. Notice of Filing Corrected Exhibit A to Response of Ray New York, LLC in Support of: (A) the Debtor's First Amended Combined Disclosure Statement and Plan; and (B) the Debtor's Motion for Approval of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing [Docket No. 133; 9/27/23].

Status: This matter is going forward on a final basis.

7. Debtor's Motion for Entry of an Order Estimating Non-Debtor Investor Claims for Voting Purposes [Docket No. 171; 10/6/23].

Objection Deadline: October 27, 2023 at 4:00 p.m. (ET), extended to October 30, 2023 at 4:00 p.m. (ET) for Yarden Tadmor.

Related Pleadings:

A. Declaration of Tomer Jacob in Support of Debtor's Motion for Entry of an Order Estimating Non-Debtor Investor Claims for Voting Purposes [Docket 172; 10/6/23].

Responses Received:

A. Objection of Yarden Tadmor to Debtor's Motion for Entry of an Order Estimating Non-Debtor Investor Claims for Voting Purposes [Docket No. 199; 10/30/23].

Status: This matter is going forward.

8. IRHA's Motion for Leave to File Proof of Claim After Bar Date [Docket No. 274; 12/29/23].

   Objection Deadline:  January 5, 2024 at 4:00 p.m. (ET).

   Related Pleadings:

   A. Order Shortening Notice in Connection with IRHA's Motion for Leave to File Proof of Claim After Bar Date [Docket No. 280; 1/2/24].

   Responses Received:

   Status:  This matter is going forward.

Dated: January 5, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

-and-

**BRYAN CAVE LEIGHTON PAISNER LLP**
Jason J. DeJonker (admitted *pro hac vice*)
William S. Hackney (admitted *pro hac vice*)
161 N. Clark Street, Suite 4300
Chicago, IL 60602
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: jason.dejonker@bclplaw.com
william.hackney@bclplaw.com

*Co-Counsel to the Debtor and Debtor-in-Possession*