11:30 AM

## 23-11053-MFW 540 West 21st Street Holdings LLC

**Rick Archer**
via: Audio Only
Representing:

508 Woodland Hills Road
White Plains, NY 10603

**Andrew Auerbach**
via: Video and Audio
Representing:
The Debtor

Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York, NY 10104

**John D. Beck**
via: Video and Audio
Representing:
IRHA Investment Limited

Hogan Lovells US LLP
390 Madison Avenue
New, NY 10017

**William E. Chipman, Jr.**
via: Video and Audio
Representing:
Debtor

Chipman Brown Cicero & Cole LLP
1313 N. Market Street
Suite 5400
Wilmington, DE 19801

**Gregory D. Crane**
via: Video and Audio
Representing:
LEGION INVESTMENT GROUP

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Jason DeJonker**
via: Video and Audio
Representing:
The Debtor

Bryan Cave Leighton Paisner LLP
161 North Clark Street
Chicago, IL 60601

**Avi Feinberg**
via: Video and Audio
Representing:

1 New York Plaza
New York, NY 10004

**Deborah Field**
via: Video and Audio
Representing:
The Debtor

Bryan Cave Leighton Paisner LLP
1201 West Peachtree Street
14th Floor
Atlanta, GA 30043

**GianClaudio Finizio**
via: Video and Audio
Representing:
Dr. Efraim Gutkind

Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

**Seth Fiur**
via: Video and Audio
Representing:
Dr. Efraim Gutkind

Feuerstein Kulick LLP
420 Lexington Avenue
Suite 2024
New York, NY 10170

**Timothy Jay Fox**
via: Video and Audio
Representing:
U.S. Trustee

Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801

**Renae M. Fusco**
via: Video and Audio
Representing:
Debtor

Chipman Brown Cicero & Cole LLP
1313 N. Market Street
Suite 5400
Wilmington, DE 19801

**Clara Ellen Geoghegan**
via: Audio Only
Representing:
Media

Law360
111 W. 19th Street
5th Floor
New York, NY 10011

| | |
|---|---|
| **William Hackney**<br>via: Video and Audio<br>Representing:<br>The Debtor | Bryan Cave Leighton Paisner LLP<br>161 North Clark Street<br>Chicago, IL 60601 |
| **TaylorHarrison**<br>via: Audio Only<br>Representing: | 1345 Sixth Avenue<br>New York, NY |
| **Jarret P. Hitchings**<br>via: Video and Audio<br>Representing:<br>The Debtor | Bryan Cave Leighton Paisner, LLP<br>One Wells Fargo Center<br>301 S. College Street<br>Charlotte, NC 28202 |
| **Michael Keats**<br>via: Video and Audio<br>Representing: | 1 New York Plaza<br>New York, NY 10004 |
| **Jason Kestecher**<br>via: Video and Audio<br>Representing:<br>DZ 21st Street, LLC | Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001 |
| **Samuel Light**<br>via: Video and Audio<br>Representing: | 1 New York Plaza<br>New York, NY 10004 |
| **Christopher A Livingston**<br>via: Video and Audio<br>Representing: | 1 New York Plaza<br>New York, NY 10004 |
| **Lauren Friend McKelvey**<br>via: Video and Audio<br>Representing:<br>Yarden Tadmor | Reitler Kallas & Rosenblatt LLP<br>11921 Freedom Drive<br>Suite 550<br>Reston, VA 20190 |
| **Andrew Minear**<br>via: Video and Audio<br>Representing: | 1 New York Plaza<br>New York, NY 10004 |
| **Katelin Ann Morales**<br>via: Video and Audio<br>Representing:<br>IRHA Investment Limited | Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Ste 6th Floor<br>Wilmington, DE 19801 |
| **Sean O'Donovan**<br>via: Video and Audio<br>Representing:<br>The Debtor | Bryan Cave Leighton Paisner LLP<br>1201 West Peachtree Street<br>14th Floor<br>Atlanta, GA 30043 |
| **James ONeill**<br>via: Video and Audio<br>Representing:<br>Ray New York | Pachulski Stang Ziehl & Jones LLP<br>919 N Market Street<br>Wilmington, DE 19801 |
| **Mark D. Olivere**<br>via: Video and Audio<br>Representing:<br>Debtor | Chipman Brown Cicero & Cole LLP<br>1313 N. Market Street<br>Suite 5400<br>Wilmington, DE 19801 |
| **Michael J. Rishty**<br>via: Video and Audio<br>Representing:<br>LEGION INVESTMENT GROUP | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017 |

**Christopher Robertson**
via: Video and Audio
Representing:
LEGION INVESTMENT GROUP

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Jennifer A Rodburg**
via: Video and Audio
Representing:

1 New York Plaza
New York, NY 10004

**Yarden Tadmor**
via: Video and Audio
Representing:
Yarden Tadmor

650 West Ave.
Miami Beach, FL 33139

**Noam Teltch**
via: Video and Audio
Representing:
The Debtor

540 West 21st Street Holdings LLC
1290 Avenue of the Americas
New York, NY 10104

**Richard Trotter**
via: Video and Audio
Representing:
Dr. Efraim Gutkind

Feuerstein Kulick LLP
420 Lexington Avenue
Suite 2024
New York, NY 10170

**Eli J. Vonnegut**
via: Video and Audio
Representing:
LEGION INVESTMENT GROUP

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Luying (Eva) Wang**
via: Video and Audio
Representing:
LEGION INVESTMENT GROUP

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Becky Yerak**
via: Audio Only
Representing:
Wall Street Journal

401 Justison St.
suite 347
Wilmington, DE 19801