IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| 540 WEST 21ST STREET HOLDINGS LLC,[1] ) | |
| ) | Case No. 23-11053 (MFW) |
| Debtor. ) | |
| ) | |

**NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR
JANUARY 31, 2024, AT 10:30 A.M. (ET)**

---

**To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at [www.deb.uscourts.gov](http://www.deb.uscourts.gov)**

**\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

---

**ADJOURNED/RESOLVED MATTERS**

1. Omnibus Motion of the Debtor for an Order: (I) Authorizing the Assumption of Certain Unexpired Executory Contracts and (II) Granting Related Relief [Docket No. 49; 8/23/23].

   Objection Deadline:   September 21, 2023 at 4:00 p.m. (ET).

   Related Pleadings:    None.

   Responses Received:   None.

   Status:  This matter has been adjourned to the hearing on February 20, 2024 at 10:30 a.m. (ET).

---

[1] The Debtor is the following entity (the last four digits of its taxpayer identification number follows in parentheses): 540 West 21st Street Holdings LLC (1133). The Debtor's noticing address in this Chapter 11 case is c/o Bryan Cave Leighton Paisner LLP, Attn: Andrew E. Auerbach 1290 Avenue of the Americas, New York, NY 10104-3300.

2. Debtor's Objection to Proof of Claim No. 10 Filed by Efraim Gutkind – (Substantive) [Docket No. 165; 10/6/23].

   Objection Deadline:   October 27, 2023 at 4:00 p.m. (ET).

   Related Pleadings:

   A. Declaration of Tomer Jacob in Support of Debtor's Objection to Proof of Claim No. 10 Filed by Efraim Gutkind – (Substantive) [Docket No. 166; 10/6/23].

   Responses Received:  None as of the filing of this Agenda.

   Status:  This matter has been adjourned to the hearing on February 20, 2024 at 10:30 a.m. (ET).

3. Debtor's Motion for Entry of an Order Estimating the Disputed Claim of Efraim Gutkind for Voting Purposes [Docket No. 170; 10/6/23].

   Objection Deadline:   October 27, 2023 at 4:00 p.m. (ET).

   Related Pleadings:   None.

   Responses Received:  None.

   Status:  This matter has been adjourned to the hearing on February 20, 2024 at 10:30 a.m. (ET).

**MATTERS GOING FORWARD**

4. Debtor's Motion for Entry of an Order Estimating Non-Debtor Investor Claims for Voting Purposes [Docket No. 171; 10/6/23].

   Objection Deadline:  October 27, 2023 at 4:00 p.m. (ET), extended to October 30, 2023 at 4:00 p.m. (ET) for Yarden Tadmor.

   Related Pleadings:

   A. Declaration of Tomer Jacob in Support of Debtor's Motion for Entry of an Order Estimating Non-Debtor Investor Claims for Voting Purposes [Docket 172; 10/6/23].

   Responses Received:

   A. Objection of Yarden Tadmor to Debtor's Motion for Entry of an Order Estimating Non-Debtor Investor Claims for Voting Purposes [Docket No. 199; 10/30/23].

   Status:  This matter will go forward.

- 3 -

5. Debtor's Motion for Order (I) Approving Adequacy of Disclosures in Third Amended Combined Disclosure Statement and Plan on Interim Basis, (II) Scheduling Confirmation Hearing and Objection Deadline, (III) Establishing Procedures for Solicitation and Tabulation of Votes, (IV) Approving Form of Ballot and Solicitation Package, and (V) Approving Notice [Docket No. 307; 1/10/24].

    Objection Deadline:  January 24, 2024 at 4:00 p.m. (ET).

    Related Pleadings:

    A. Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of 540 West 21st Street Holdings LLC [Docket 306; 1/10/24].

    Responses Received:

    A. Objection of Yarden Tadmor to Debtor's Motion for Order (I) Approving Adequacy of Disclosures in Third Amended Combined Disclosure Statement and Plan on Interim Basis, (II) Scheduling Confirmation Hearing and Objection Deadline, (III) Establishing Procedures for Solicitation and Tabulation of Votes, (IV) Approving Form of Ballot and Solicitation Package, and (V) Approving Notice [Docket No. 315; 1/24/24].

    Status:  This matter will go forward.

6. Motion of Yarden Tadmor for Entry of an Order to Compel the Debtor to Produce Documents [Docket No. 309; 1/11/24]

    Objection Deadline:  January 24, 2024 at 4:00 p.m. (ET).

    Related Pleadings:  None.

    Responses Received:  None.

    Status:  This matter will go forward.

4854-4148-4193, v. 1

Dated: January 29, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

-and-

**BRYAN CAVE LEIGHTON PAISNER LLP**
William S. Hackney (admitted *pro hac vice*)
161 N. Clark Street, Suite 4300
Chicago, IL 60602
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: william.hackney@bclplaw.com

*Co-Counsel to the Debtor and Debtor-in-Possession*

- 4 -

4854-4148-4193, v. 1