**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 540 WEST 21ST STREET HOLDINGS LLC, | Case No. 23-11053 (MFW) |
| Debtor.[1] | |

**NOTICE OF INTENT TO SERVE SUBPOENA IN A**
**CONTESTED MATTER ON EYAL TADMOR**

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure made applicable by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Yarden Tadmor in the above-captioned bankruptcy proceeding hereby provides notice of his intent to serve a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case on Eyal Tadmor (the "Subpoena"). A copy of the Subpoena is attached.

| | |
|---|---|
| Dated: January 29, 2024<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br><br> */s/ Daniel N. Brogan*<br>Daniel N. Brogan (DE No. 5723)<br>John C. Gentile (DE No. 6159)<br>Juan E. Martinez (DE No. 6863)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: dbrogan@beneschlaw.com<br>          jgentile@beneschlaw.com<br>          jmartinez@beneschlaw.com<br><br>-and- |

---

[1] The Debtor is the following entity (the last four digits of its taxpayer identification number follows in parentheses):540 West 21st Street Holdings LLC (1133). The Debtor's noticing address in this Chapter 11 Case is c/o Bryan Cave Leighton Paisner LLP, Attn: Andrew E. Auerbach, 1290 Avenue of the Americas, New York, NY 10104-3300.

23679655

Lauren Friend McKelvey (admitted *pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
11921 Freedom Drive, Suite 550
Reston, Virginia 20190
Telephone: (212) 209-3050
Facsimile: (212) 371-5500
E-mail:lmckelvey@reitlerlaw.com

*Counsel to Yarden Tadmor, individually
and as trustee for the heirs of Eran Tadmor*

## **CERTIFICATE OF SERVICE**

I, Daniel N. Brogan, hereby certify that on January 29, 2024, I caused the foregoing *Notice of Intent to Serve Subpoena in a Contested Matter on Eyal Tadmor* to be served by electronic means via the Court's CM/ECF system to all parties registered to receive electronic notice in this case.

                                              */s/ Daniel N. Brogan*
                                              Daniel N. Brogan (DE No. 5723)